RECEIVED

MAY 1 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| LESLEY HARROWER, ET AL | * | CIVIL ACTION NO. 04-0305 |
| VERSUS | * | JUDGE DOHERTY |
| THE NATIONAL RAILROAD PASSENGER CORPORATION, ET AL | * | MAGISTRATE JUDGE HILL |

## MEMORANDUM RULING

Pending before this Court is a "Motion for Leave of Court to File Attachment of Supplemental Exhibit to Plaintiffs' memorandum in Opposition (Document 183) to Motion for Summary Judgment filed by the National Railroad Passenger Corporation (Amtrak) Et Al" filed on behalf of plaintiffs on April 26, 2007. [Doc. 201]. On April 27, 2007, the Clerk of Court notified plaintiffs their motion [Doc. 201] was deficient. To date, no corrective documents have been filed with this Court.

In view of the foregoing, this Court **DENIES** as **DEFICIENT** plaintiffs' Motion for Leave of Court to File Attachment of Supplemental Exhibit **[Doc. 201]**.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___11___ day of May, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE