RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5, 16, 07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| LESLEY HARROWER, ET AL | * | CIVIL ACTION NO. 04-0305 |
| VERSUS | * | JUDGE DOHERTY |
| THE NATIONAL RAILROAD PASSENGER CORPORATION, ET AL | * | MAGISTRATE JUDGE HILL |

### MEMORANDUM RULING

Pending before this Court is a Motion for Leave of Court to File Original Affidavit Executed by Brian Heikkila, **[Doc. 204]** filed by defendants, National Railroad Passenger Corporation ("Amtrak"), Mark Belton, Rory Lee and Burlington Northern and Santa Fe Railway Company ("BNSF").  The motion is unopposed.  Seeing no error in law, this Court hereby **GRANTS** the Motion for Leave of Court to File Original Affidavit Executed by Brian Heikkila **[Doc. 204]**.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 16 day of May, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 5/16/07
BY
TO