**RECEIVED**

JUN 0 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE-OPELOUSAS DIVISION

**RECEIVED**

JUL 2 3 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | | |
|---|---|---|
| **LESLEY HARROWER, ET AL** | * | **CIVIL ACTION NO. 04-0305** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **THE NATIONAL RAILROAD PASSENGER CORP., ET AL** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the motion to dismiss [rec. doc. 145] is GRANTED, and that the claim for attorney's fee's [rec. doc. 127] is **DENIED** for lack of jurisdiction.

Lafayette, Louisiana, this ___ day of July, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE